■ MARY C. TULLY, Respondent, v MICHAEL TULLY, Appellant. — Order of the Supreme Court, Westchester County, dated August 19, 1980, affirmed, with $50 costs and disbursements. No opinion. Temporary stay in order of this court dated November 14, 1980 is vacated. Damiani, J. P., Mangano, Gibbons and Gulotta, JJ., concur.

■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v JAMES DEVLIN, Respondent, and ROYAL GLOBE INSURANCE COMPANY, Appellant. — Order of the Supreme Court, Westchester County, dated April 28, 1980, affirmed, with costs to the respondent-respondent Devlin, on the opinion of Mr. Justice Burchell at Trial Term. Mollen, P. J., Hopkins, Weinstein and Thompson, JJ., concur.

■ In the Matter of MYRA CHAMPION, Petitioner, v BERNARD M. WEINSTEIN, as Commissioner of Hospitals of the County of Westchester, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent commissioner of hospitals, dated February 8, 1980, which, after a hearing, dismissed petitioner from employment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The factual determination of the respondents was supported by substantial evidence, and was not challenged by the petitioner. We are not persuaded by petitioner's argument that the penalty of dismissal was so disproportionate to the offense as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.*, 34 NY2d 222). Mollen, P. J., Hopkins, Weinstein and Thompson, JJ., concur.